Jack Silver, Esq. SB #160575
LAW OFFICE OF JACK SILVER
708 Gravenstein Hwy. N., #407
Sebastopol, CA 95472-2808
Telephone (707) 528-8175
Email: jsilverenvironmental@gmail.com

David J. Weinsoff, Esq. SB #141372
LAW OFFICE OF DAVID J. WEINSOFF
138 Ridgeway Avenue
Fairfax, CA 94930
Telephone (415) 460-9760
Email: david@weinsofflaw.com

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CALIFORNIA RIVER WATCH, an
IRC Section 501(c)(3), non-profit,
public benefit corporation,

       Plaintiff,

    v.

CITY OF BURBANK, a municipality,

       Defendant.

_____/

Case No.:2:19-cv-07110-SVW-PJW

**NOTICE OF LODGING OF
[PROPOSED] CONSENT DECREE
AND ORDER**

    Plaintiff California River Watch hereby submits and lodges with this Court the attached [Proposed] Consent Decree and Order.

DATED: October 3, 2019       LAW OFFICE OF JACK SILVER

                 By: ___/s/ Jack Silver_____
                 Jack Silver
                 Attorney for Plaintiff
                 CALIFORNIA RIVER WATCH